## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**Holding a Criminal Term**

**Grand Jury Sworn in on May 7, 2019**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | **GRAND JURY ORIGINAL** |
| | : | |
| **JUANITA GAMBRILL,** | : | **VIOLATION:** |
| | : | **21 U.S.C. § 841(a)(1) and § 841(b)(1)(C),** |
| **Defendant.** | : | **(Unlawful Possession with Intent to** |
| | : | **Distribute Tetrahydrocannabinol)** |

## I N D I C T M E N T

The Grand Jury charges that:

Between on or about April 18, 2019, and or about May 3, 2019, within the District of Columbia, and elsewhere, **JUANITA GAMBRILL** did unlawfully, knowingly, and intentionally possess with intent to distribute Tetrahydrocannabinol (THC), a Schedule I narcotic drug controlled substance.

(**Unlawful Possession with Intent to Distribute Tetrahydrocannabinol**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

A TRUE BILL:


FOREPERSON.


Jessie K. Lu /DAB

Attorney of the United States in
and for the District of Columbia.